Rebuttal Report of

Edward Aguado
Department of Geography
San Diego State University
San Diego, CA 92182-4493

in Connection with:
*Casitas Municipal Water District v. United States*
Case No. 05-168L

Submitted February 25, 2010

## I.  Introduction and Qualifications

I have been hired by Marzulla Law, Inc. to serve as an expert witness in the Casitas Municipal Water District case. On January 19, 2010 I filed an expert report describing some climatic issues relevant to southern California water supplies. In this document I rebut some assertions presented in the Chipty and Spencer expert witness reports submitted by the Defense. My qualifications and past experience have been documented in my January 19 report.

I have referred to the following documents in writing this rebuttal:
    Expert Report of Curtis Spencer.
    Expert Report of Steven E. Wickstrum.
    Expert Report of Dr. Tasneem Chipty.
    Ventura County precipitation and evaporation data obtained online from Ventura County
        Watershed Protection District.


## II. Issues addressed in Rebuttal

In this document I rebut assertions made by Dr. Chipty and Mr. Spencer in their expert reports. Dr. Chipty challenged some of Wickstrum's methodology for estimating water demand. Though her conclusions do not explicitly say so, her revised demand models yielded results similar to Wickstrum's. Rather than contradicting Wickstrum's estimations of demand for a sample dry period and wet period, her own calculations approximated Wickstrum's in one case and essentially replicated them in the other.

Mr. Spencer examined the impacts that the recurrence of a 21-year drought similar to the one experienced in 1965-85 would have on the water supply. The conclusions based on that analysis are highly flawed because long time periods mask the very serious impacts on water supply that could result from a repeat of historical short-term droughts. As will be shown, shorter-term droughts have and will continue to cause serious strains on water supply. This vulnerability to short-term droughts will likely become more critical when viewed in the context of climatological warming and drying and increased demand associated with population increases. Spencer also examines the effect of a drought on water supplies assuming it commenced at a time when the lake level is at or near capacity. He overlooks the fact that droughts may begin when water supplies are already low, a situation that can greatly increase their impacts.


## III. Context in Which Rebuttal is Offered

Southern California has a prototypically Mediterranean climate wherein rainfall is largely concentrated in the October through March period. Annual precipitation totals are generally about 8 to 18 inches along the immediate coast, but increase rapidly in mountainous areas. Summers, which usually have little if any precipitation, are typically warm and sunny. Humidity levels are generally moderate and lack the mugginess characteristic of the eastern United States. Under these warm, sunny and dry conditions, evaporation rates can be very high and cause substantial water loss from reservoirs and the tapping of subsurface water by vegetation. This

dryness is so prevalent that the coastal sage scrub and chaparral vegetation that dominate the landscape have adapted to the regime by evolving small leathery leaves that inhibit transpiration. As we have been reminded repeatedly of over the last decade or so, the combination of drought, ignitable vegetation, and strong dry winds can lead to extremely large and uncontrolled wildfires over the area.

A sea surface temperature regime that recurs episodically over the eastern Pacific Ocean, called El Niño and La Niña, can be influential in the winter precipitation conditions. Strong El Niños (episodes of relatively warm waters in the eastern Pacific) tend to favor heavier southern California rainfall. But this pattern is hardly reliable, even when the high precipitation does in fact arrive. Take for example, the El Niño winter of 2010. Seasonal rainfall had been below average going into mid January. Then a wave of strong storms persisted for a week, making national headlines, followed by a dry period and then a moderate storm a week later. Dry conditions again dominated for two weeks until another brief but intense storm arrived in early-February. Areas hard hit by fire months earlier were suddenly threatened by mudslides. By mid-February, as this document was being prepared, most of southern California was slightly behind normal rainfall for that point of the season.

Dryness and erratic rainfall is a hallmark of the local environment. Though a simplistic generalization, it is often said that areas with relatively low precipitation have greater year-to-year variability relative to their mean. This is certainly true of southern California. Evaporation rates, on the other hand, are high and exhibit relatively low annual variability. To illustrate this I examined annual precipitation and evaporation amounts from the Fillmore Hatchery, an area typical of much of inland Ventura County. In addition to having standard rainfall instrumentation, the hatchery has published data from an evaporation pan for water years 1971-2008[1].

The average rainfall at Fillmore Hatchery equals 24.2 inches, but over the 38 years examined the annual totals varied dramatically, ranging from 7.15 inches (70% below normal) to 58.3 inches (141% above normal).[2] Evaporation is much higher and more consistent on an annual basis than rainfall. Annual evaporation is 59.3 inches – almost two and a half times that of precipitation. The most evaporation to have occurred in a year over the period was 71.7 inches (21% above normal). The least evaporation for a year was 51.0 inches (14% below normal). Thus, were it not for the diversion and storage of water, southern California would be extremely inhospitable.

---

[1] An evaporation pan is a circular pool of water about 4 feet in diameter and about a foot in depth. An adjustable metal device that looks like a big fish hook can be raised or lowered in a simple housing structure to show the water level to a hundredth of an inch. The difference in the readings on successive days indicates the daily evaporation, which can be summed to yield monthly and annual totals. Water is added as necessary to keep the pan from going dry. The data were obtained from http://www.vcwatershed.org/hydrodata/data/171%20%20%20%20%20%20%20%20%20%20%20%20%20Monthly%20Evaporation%20Summary.txt.

[2] Obtained from http://www.vcwatershed.org/hydrodata/data/171%20%20%20%20%20%20%20%20%20%20%20%20%20Monthly%20Rainfall%20Summary.txt

**IV. Comments on Chipty Report**

Dr. Chipty critiques Mr. Wickstrum's methodology for predicting water demand and presents a summary Table 3 comparing her recalculations to the originals. (That table is attached as an appendix to this rebuttal.) Referring to that table in her conclusion she claims to have obtained,

> "… a substantively different pattern of results. My preferred specification, which is shown in Column (4) of Table 3, predicts average annual demand for water over the first 21-year cycle to be 19,940 acre feet and average annual demand over the next 15 years to be 18,987 acre feet."

I take issue with her conclusion that her results differ significantly from Wickstrum's. Wickstrum's analysis yielded an estimated demand of 21,200 acre feet for the 21-year dry sample period. Chipty's estimate is not much different on a percentage basis. For the first 21 years (under the section labeled "Table 1" in the appendix below) her calculation of 19,940 acre feet is 6 percent less than that calculated by Wickstrum. This is not a huge difference when one considers the inherent lack of reliability expected from any model based on such a short period of record.

Her calculations are even more similar to Wickstrum's for the following 15-year period. Wickstrum calculated a demand of 18,820 acre feet. Chipty's recalculation yielded a demand of 18,987 acre feet, a mere 1% difference from the Wickstrum calculation. Moreover, her calculations yield an *increase* in demand over those of Wickstrum. <u>Rather than refuting Wickstrum's calculations, Chipty's report essentially corroborates the essence of his findings.</u>

Given all the uncertainties involved in modeling future water demand (e.g., changing climate and population growth) the differences in calculations fall within the range of error we would expect to encounter in a predictive model of this sort. I conclude that Dr. Chipty's analysis of Mr. Wickstrum's work does not invalidate his findings. In fact, they support them.

**V. Comments on Spencer Report**

Spencer's analysis of drought impacts is flawed for five reasons:
1) It examines the impacts of a 21-year dry period rather than looking at the effects of just a few very dry years. These short-term droughts can cause serious drawdown of water supplies.
2) Examination of how that 21-year drought period would affect water supply was based on an assumption of a full lake at the onset of the drought. This would not likely be the case because the lake is not usually full.
3) It does not take into consideration increases on watershed and lake evaporation rates due to global warming and a potential shift toward lesser and more erratic rainfall (discussed in my January expert report).
4) It ignores the role that population growth could have on water demand in the district.
5) It cites a non-existent trend in precipitation based on a biased and arbitrary selection of data.

*Issue #1: No attention paid to short-term droughts*
Mr. Spencer based part of his analysis on the assumption used in the Wickstrum report that the 1965-85 period marked the worst 21-year period of drought on record. This was not the appropriate time period to use, however. Analyses of multi-decade time periods dangerously overlook the critical impact that shorter duration droughts can have on water supply. While the average supply over such a 21-year period may seem to be well above critical needs, very serious water crises can go completely unaccounted for in such an analysis. I illustrate this by referring to the precipitation record for water years 1987-1990.

For the water years 1987-1990 precipitation at Downtown Ventura totaled 7.05, 13.92, 7.94 and 4.88 inches, respectively.[3] Relative to the historical average precipitation of 15.47 inches, these totals were 46%, 90%, 51% and 32% of the annual mean. Average precipitation for the four-year period amounted to 8.44 inches, which is 55% of normal.

We can examine the impact that this brief drought had on Lake Casitas water supply by examining Figure 3-6 of Spencer's report (shown here as Figure 1). At the onset of the drought the lake appears to be at or near its 254,000 acre feet (AF) capacity. By Water Year 1991 the lake level had dropped to about 130,000 AF, approaching a 50% reduction in lake storage. Note that this major depletion of water supply occurred over a four-year period in which one of the water years (1988) had precipitation only 10% below normal. Thus, a mere three very dry years during a four-year period were able to cause a major drop in water storage. By good fortune the beginning of the drought began when Lake Casitas was near capacity. That magnitude of drought could have brought lake storage to a critical level had it not initially been nearly full.

Figure 1



---

[3] Although precipitation has been measured at Lake Casitas since WY 1960, I use the Ventura data because of its longer record, as did Mr. Spencer. Though Lake Casitas receives more precipitation than does Ventura, there is a very strong correlation between the annual precipitation anomalies for the two locations.

The 1987-1990 drought was not the driest four-year period on record – it was only the driest since Lake Casitas came into existence. Presumably, drier four-year periods would exert greater stress on the lake supply. The most severe four-year drought occurred between 1946-49, with a mean of 7.26 inches of rain recorded at Ventura. This event was 14% drier than the drought of 1987-90. If Lake Casitas had existed at that time it is logical to assume that, given a similar water demand, the lake would have undergone more depletion than it did in 1987-1990. Or stated differently, if the 1946-49 rainfall pattern were to occur today, the lake would likely lose a greater amount of water than it did during 1987-1990.

It is also logical to expect that a drought of a given magnitude lasting six years would have a greater impact than one of only four years. If we examine the drought of 1946-49 further, we see that the following two years were also very dry, with values of 10.08 and 6.95 inches, bringing the six-year average to 7.68 inches. The 1946-1951 period averaged 9% less precipitation per year than did the 1987-1990 event, and it lasted 50% longer. There is no reason to believe that we are exempt from a repeat event of this magnitude or worse.

It is important to reiterate the context in which the 1987-1990 drought occurred. At the onset of the drought Lake Casitas was nearly full, so the major reduction in water supply did not lead to a critically low water level. If this drought or one comparable to the 1946-51 event had commenced at the time of lower water storage, the lake level could have approached critical levels. Under such a scenario the concept of a safe yield on the order of 21,000 acre feet per year might no longer represent responsible water management. By examining a 21-year period of drought exclusively, the Spencer report overlooked the impact of short-term major events and those that could occur at a time that water levels were not initially high.

In short, a drought that occurred during 1987-1990 significantly lowered the level of Lake Casitas (fortunately at a time when the lake was initially near capacity). The record also shows that an even drier and longer episode of drought has occurred in the region. Similar events could occur in the near future. In fact, as documented in my expert report, there is serious concern that we may be entering into a period of reduced and more erratic rainfall than in recent decades. This situation would be worsened by increased evaporative losses and increased demand associated with higher temperatures due to with global climate change.

*Issue #2:Assumption of a full lake at the onset of drought*
In the fifth paragraph of page 49 of his expert report Spencer discusses the impact that the 1945-65 drought would have had on the Lake Casitas water supply, based on the assumption that it was initially full. This working assumption clearly favors a benign outcome but does not necessarily have anything to do with reality. Most of the time the lake is <u>not</u> full and even during its very short lifetime it has been drawn down to nearly one half capacity (Figure 1). The lake will almost certainly reach similarly low or even lower levels again. There is a serious risk that the future droughts that will inevitably occur will hit when conditions are not as opportune as those depicted by Spencer.

*Issue #3: Misleading trend in precipitation based on arbitrary data*
On page 31 of his expert report Mr. Spencer states "Average rainfall has been increasing since the 1945-1965 dry period, as evidenced by the 10-year running average trend lines in Figure 3-13." The apparent message here is that precipitation should continue to rise. This is not the case. The trend line results from the arbitrary start of the record at the onset of a particularly dry episode. Any resumption of a normal or even moderately below-normal period would result in an apparent increase in precipitation. When using the entire historic record of Ventura rainfall, Mr. Spencer's graph shows a very slight decrease in precipitation. This is the only conclusion that can correctly be drawn from the data.

*Issue #4: No consideration of population growth*
Ventura County has grown considerably in the last half century. According to the United States census the population of the county in 1960 (a year after completion of the Ventura River Project) was just over 199,000. By 2000 the population was over 753,000 residents, for a 380% increase. The population increase has continued during the decade, with the 2008 population estimated at 797,740 – 6 percent greater than at the beginning of the decade. Any analysis of water demand that overlooks population increases will underestimate that demand.

*Issue #5: No consideration of climatic change*
Global climate change has emerged as perhaps the most serious of all environmental issues. Climate change encompasses more than just warming; it also involves changes in upper level wind patterns that guide storm systems. The current scientific consensus holds that the western United States will be more susceptible to episodes of drought as storm system tracks shift to the north. Recent studies cited in my January report indicate that southern California will be part of the larger pattern in which temperatures rise and precipitation decreases and becomes more erratic. This would not only make less water available but also drive up agricultural and residential demand.

**VI. Conclusions**

Dr. Chipty's recalculation of Wickstrum's water demand estimates did not yield results substantively different from those of Wickstrum, and could even be interpreted as a corroboration of his figures.

I also contend that the examination of a 21-year drought period by Mr. Spencer overlooked a historic response to a much shorter period of drought. Furthermore, a longer and more intense drought appears in the record prior to the construction of the Lake Casitas facility. Short term droughts can very seriously threaten water supplies to a degree not shown in the Spencer report. Mr. Spencer also examined how water levels might respond to the recurrence of a historic 21-year drought, but only did so on the assumption that water levels were originally optimal. He did not consider what might happen under less favorable but even more likely conditions. Finally, there are the issues of population growth and climatic change, with one increasing demand and the other simultaneously decreasing supplies.

One can challenge the analogy presented at the end of the Spencer report as inapplicable to the issue at hand. Mr. Spencer concluded his report with the scenario of a restaurant customer with a glass of water. In this narrative an attentive waiter initially provides a full glass of water and comes around to fill the patron's glass on a repeat if not regular basis. This customer is accompanied by someone who takes small sips of this water from time to time, but never so much that the glass is almost empty, and the customer can be assured that he will never run out of water. This analogy is false because nature – especially in southern California – is not as attentive as this imaginary waiter. Precipitation is erratic and there are no guarantees our needs will be met. Periods of drought do not take small sips out of the water supply, they are more akin to large, repeated and unpredictable gulps.

There is also strong scientific evidence, as outlined in my expert report, that southern California will become even less hospitable with regard to water supply. Temperatures will increase and lead to greater watershed and lake evaporation, and concomitantly greater demand. Dry years will likely get drier and more frequent. At the same time, population will likely to grow and lead to greater water consumption. That reality is far less benign than the one depicted in the scene from the hypothetical restaurant.

Edward Aguado

# Appendix

Dr. Chipty's Table 3

**Table 3: Correcting for Mr. Wickstrum's Misapplication of Regression Analysis**

|  | Wickstrum's Results | Polynomial Trend with Dry Year Multiplier Beginning with 0 | Polynomial Trend with Dry Year Multiplier Beginning with 1 | Levels Only with Dry Year Multiplier Beginning with 1 |
|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] |
| **Coefficient Estimates** | | | | |
| Constant | 24,300 | 21,924.18 | 20,860.79 | 22,186.15 |
|  |  | (11.20) | (7.80) | (17.91) |
| Rainfall | -269.1 | -97.02 | -45.80 | -138.57 |
|  |  | (-0.69) | (-0.27) | (-3.63) |
| Rainfall Squared | 1.7488 | -0.78 | -1.35 |  |
|  |  | (-0.37) | (-0.56) |  |
| Sequential Water Years | 1,377.3 |  |  |  |
| Dry Year Multiplier |  | 873.71 | 692.01 | 527.20 |
|  |  | (1.49) | (1.25) | (1.14) |
| Adjusted $R^2$ | 0.9447 | 0.6015 | 0.5861 | 0.6028 |
| Sequential Water Years Adjusted $R^2$ | 0.4062 |  |  |  |
| Number of Observations | 6 | 20 | 20 | 20 |
| Sequential Water Years Number of Observations | 5 |  |  |  |
| **Table 1** | | | | |
| Supply | 20,840 | 20,840 | 20,840 | 20,840 |
| Demand | 21,200 | 20,047 | 20,032 | 19,940 |
| Difference | -360 | 793 | 808 | 900 |
| **Table 2** | | | | |
| Supply | 19,780 | 19,780 | 19,780 | 19,780 |
| Demand | 18,820 | 19,023 | 19,103 | 18,987 |
| Difference | 960 | 757 | 677 | 793 |

Notes:
T-statistics appear below coefficient estimates in parenthesis.
[1] Actual results from Wickstrum Appendix B except for adjusted $R^2$. Mr. Wickstrum reports $R^2$, but for comparability across columns, the above shows adjusted $R^2$ for his models.
[2] Using annual data with obvious errors corrected; Omitting Wickstrum's Dry Year Multiplier and instead adding Dry Year Multiplier to regression, beginning with 0 in first dry year.
[3] Using annual data with obvious errors corrected; Omitting Wickstrum's Dry Year Multiplier and instead adding Dry Year Multiplier to regression, beginning with 1 in first dry year.
[4] Using annual data with obvious errors corrected; Omitting Wickstrum's Dry Year Multiplier and instead adding Dry Year Multiplier to regression, beginning with 1 in first dry year; Omitting Rain Squared from regression.